IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FERNANDO REAL,<br>　　　　　　*Plaintiff,*<br><br>　v.<br><br>THOMAS GRENEVICH, *et al.*,<br>　　　　　　*Defendants.* | CIVIL ACTION<br>NO. 19-4128 |

## ORDER

AND NOW, this 27th day of October, 2021, upon consideration of the Motion for Summary Judgment of Defendants Grenevich, Turnage and Spagnoletti (ECF 34), their Statement of Undisputed Material Facts (ECF 33), Plaintiff Fernando Real's Response and his Statement of Material Facts (ECF 37), after a thorough review of the record, and consistent with the accompanying Memorandum of Law, it is ORDERED that Defendants' Motion is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Defendants Correctional Officer Thomas Grenevich, Lieutenant Correctional Officer Turnage and Captain James Spagnoletti and against Plaintiff Fernando Real on all counts of the Amended Complaint.

The Clerk of Court shall mark this case **CLOSED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　***/s/ Gerald J. Pappert***
　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.